EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 2 2005

at /² o'clock and ____min. ___M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>HUGH DELA CRUZ      (01)<br>GEORGE YAMASHITA  (02)<br>RODERICK TULIAO    (03)<br>      a/k/a: "Ricky"<br><br>     Defendants. | CR. NO.  CR05-00050 SOM<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 846; 841(a)(1)<br> & 841(b)(1)(A)] |

INDICTMENT

COUNT 1

The Grand Jury charges:

At a date unknown to the Grand Jury, but at least

beginning by January 18, 2005 and continuing to January 22, 2005,

in the District of Hawaii and elsewhere, HUGH DELA CRUZ, GEORGE

YAMASHITA, and RODERICK TULIAO, a/k/a: "Ricky", the defendants,

did willfully and unlawfully conspire together and with other persons known and unknown to the Grand Jury, to distribute and to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled  substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

The Grand Jury further charges:

On or about January 21, 2005, in the District of Hawaii, HUGH DELA CRUZ, the defendant, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 3

The Grand Jury further charges:

On or about January 21, 2005, in the District of Hawaii, RODERICK TULIAO, a/k/a: "Ricky", the defendant, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

2

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 4

The Grand Jury further charges:

On or about January 21, 2005, in the District of Hawaii, GEORGE YAMASHITA, the defendant, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

DATED: February __2__, 2005, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
KENNETH M. SORENSON
Assistant U.S. Attorney

3